William A. VENEY, Plaintiff–
Appellant,

v.

Thomas C. YOUNCE, Defendant–
Appellee.

No. 03–6093.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 23, 2003.

William A. Veney, Appellant pro se.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William A. Veney appeals the district court's orders denying his request for injunctive relief and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Veney v. Younce,* No. CA–02–1172–7 (W.D.Va. Dec. 4, 2002; Jan. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*